# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-5121                                            September Term, 2014

1:12-cv-02013-EGS

Filed On: October 21, 2014 [1518161]

National Association of Home Builders, et al.,

        Appellants

    v.

United States Fish and Wildlife Service and Sally Jewell, in her oficial capacity as Secretary, U.S. Department of the Interior,

        Appellees

## O R D E R

Upon consideration of federal-appellees' unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | November 7, 2014 (unchanged) |
| Appendix | November 7, 2014 (unchanged) |
| Appellees' Brief | February 23, 2015 |
| Appellants' Reply Brief | March 3, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk